AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:05-cr-00119-JMS-TAB-3 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| DANNYE MCINTOSH | (COMPASSIONATE RELEASE) |

Upon motions of ☒ the defendant ☒ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motions are:

☒ GRANTED. The defendant's previously imposed sentence of 360 months in prison is reduced to time served. The term of supervised release remains 8 years. The terms of supervised release stated in the Judgment imposed on March 10, 2006, remain with the following additional term:

> The defendant shall participate in a substance abuse treatment program at the direction of the probation officer, which may include no more than eight drug tests per month. The defendant shall abstain from the use of all intoxicants, including alcohol, while participating in a substance abuse treatment program. The defendant is responsible for paying a portion of the fees of substance abuse testing and/or treatment.

☒ OTHER: The defendant's USM Number is 05361-028. This Order is stayed for up to 14 days from the date of this Order, to make appropriate travel arrangements and to ensure the Defendant's safe release. The BOP shall release the Defendant as soon as appropriate travel arrangements are made and it is safe for the Defendant to travel. There must be no delay in ensuring travel arrangements are made. If more than 14 days are needed to make appropriate travel arrangements and to ensure the Defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended. No later than 12:00 p.m. on August 15,

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

2024, counsel for the United States is ordered to do the following: (1) transmit the contemporaneously filed AO248 Order to the Defendant's custodian; and (2) file a notice with the court confirming that transmission of the AO248 Order has occurred.

☒ FACTORS CONSIDERED: See contemporaneously filed Entry.

IT IS SO ORDERED.

Date: 8/1/2024

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel